**FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000174
15-JUN-2020
07:57 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

THE BANK OF NEW YORK MELLON, AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWABS INC.,
ASSET-BACKED CERTIFICATES, SERIES 2007-11,
Plaintiff/Counterclaim Defendant-Appellee,
v.
MARY LEE COLTON,
Defendant/Counterclaim Plaintiff-Appellant
and
JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS
1-50, DOE CORPORATIONS 1-50, DOE ENTITIES 1-50,
AND DOE GOVERNMENTAL UNITS 1-50, Defendants

NO. CAAP-17-0000174

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-082K)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1/])

IT IS HEREBY ORDERED that the Published Opinion filed on February 28, 2020, is corrected as follows:

On page 8, in the attorney credit section, the name of the law firm for Timothy Vandeveer should be corrected by removing the letter "i" from the word "Willie" so that the attorney credit reads:

---

[1/]    Ginoza, Chief Judge, and Hiraoka and Wadsworth, JJ.

Timothy Vandeveer
(Margaret Wille & Associates)
for Defendant/Counterclaim
Plaintiff-Appellant
(Mary Lee Colton, Pro Se
Defendant/Counterclaim
Plaintiff-Appellant, on the
briefs)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, June 15, 2020.


/s/ Clyde J. Wadsworth
Associate Judge